# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3491
LT Case No. 2021-CF-001301-A

_____

PATRICIA ANN CLAIR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Patricia Clair, Ocala, pro se.

James Uthmeier, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

July 2, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and MAKAR and SOUD, JJ., concur.

––––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––––